UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>NIKOLAY HOLPER,<br><br>   Defendant. | Case No. 20-cv-06023-JCS<br><br>**ORDER GRANTING AS MODIFIED MOTION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 21 |

  In light of the evidence of Plaintiffs' diligent but unsuccessful attempt to serve Defendant via the Hague Convention, the Court concludes that Plaintiffs have shown sufficient cause to permit service through alternative means under Rule 4(f)(3) of the Federal Rules of Civil Procedure. Plaintiffs may therefore serve Defendant by completing *both* of the following: (1) sending summons, the complaint, and a copy of this order to Defendant at the three email addresses identified in Plaintiffs' motion (info@instragram.by, jaholper@gmail.com, and mail@holper.by); and (2) mailing the same documents to Defendant at 22 Volkova Street, Apartment #2, Zhlobin, Gomel, Belarus.

  Service will be effective upon completion of those steps and filing proof of service.

  **IT IS SO ORDERED.**

Dated: September 27, 2021

                  _____
                  JOSEPH C. SPERO
                  Chief Magistrate Judge