UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NIKOLAY HOLPER,<br><br>    Defendant. | No. C 20-06023 WHA<br><br>**FINAL JUDGMENT** |

For the reasons stated in the accompanying order adopting in part the report and recommendation of Magistrate Judge Joseph Spero, final judgment is hereby entered in favor of plaintiffs Meta Platforms, Inc. f/k/a Facebook, Inc. and Instagram, LLC against defendant Nikolay Holper in the amount of $199,535.44. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 22, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE